# Dan Bieger, PLC

Attorney at Law
565 Volunteer Parkway
Bristol, TN 37620
423.573.4440
423.573.4443 - Fax
dan@biegerlaw.com

Dan Bieger, Esq.
Licensed in VA and TN

January 18, 2016

Honorable Pamela Meade Sargent
U.S. Magistrate Judge
P.O. Box 846
Abingdon, VA 24212

      Re:   United States of America v. Emmanuel Foster
               1:15-cr-00034

Dear Judge Sargent:

    Please be advised that James C. Turk, Jr. and I represent Emmanuel Foster. I am requesting permission to travel to the Western Virginia Regional Jail on January 20, 2016 to visit Mr. Foster and review his case with co-counsel and North Carolina counsel.

    Thank you for your time and consideration.

                              Sincerely,

                              Dan Bieger
                              Attorney at Law

DB/fmp

cc:   Emmanuel Foster
       James C. Turk, Jr., Esq.