# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 1:15CR34          Date: 5/12/16

**Defendant: Emmanuel Foster, Custody**          **Counsel: James Turk, Jr., Appt.**
                                                  **Daniel Bieger, Appt.**
**Sarah Berry, Custody**                          **Thomas Scott, Jr., Appt.**

PRESENT:     JUDGE:            James P. Jones          TIME IN COURT: 2:47 – 3:53 p.m.
             Deputy Clerk:     Felicia Clark
             Court Reporter:   Carol Jacobs, OCR
             U. S. Attorney:   Tony Giorno and Zachary Lee
             USPO:             Sumer Taylor-Sargent

**PROCEEDINGS:**

☒ Plea Agreements were filed with court prior to court hearing.
☒ Defendants were re-arraigned as to Counts 3, 4, 5, 9 and 11 as to Emmanuel Foster and Counts 9 and 11 as to Sarah Berry.
☒ Defendants were placed under oath. Court questions defendants regarding his/her physical and mental condition, and advises defendants of his/her rights, and the nature and possible consequences of pleas.
☒ Court accepts pleas of guilty, but defers acceptance of the plea agreements pending completion of the PSR.
☐ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Counts 3, 4, 5, 9 and 11 as to Emmanuel Foster and Counts 9 and 11 as to Sarah Berry.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Counts 3, 4, 5, 9 and 11 of the Indictment | | | |
| 2 | Counts 9 and 11 of the Indictment | | | |

☒ Court orders Presentence Reports.
☒ Defendants were remanded to custody.
☒ Sentencing hearings scheduled for October 3, 2016 at 10:30 a.m. in Abingdon, VA as to Emmanuel Foster and September 29, 2016 at 10:30 a.m. in Abingdon, VA as to Sarah Berry before Judge James P. Jones.

**\*\*Court directs USMS to transport and house Mr. Foster at the closest facility to his counsel in Roanoke.\*\***